# Court of Appeals
# of the State of Georgia

ATLANTA,⎯⎯June 30, 2016⎯⎯⎯⎯⎯

*The Court of Appeals hereby passes the following order:*

**A16A0656.  POPE et al. v. EADS et al.**

Thomas W. Eads, Daryl M. Evans, Vivian Asbell, John W. Smith, and Virginia Herrick filed this action against Butts County, Butts County Sheriff Joseph Eugene Pope, the sheriff's office, and three deputies (collectively the "County Defendants"), as well as an informant in a criminal investigation.  The plaintiffs alleged that the defendants conspired to have them unlawfully arrested, imprisoned, and prosecuted for gambling and to drive them out of the Texas Hold'Em Tournament business. The County Defendants filed a motion for summary judgment on various grounds, including official and sovereign immunity. The trial court denied the motion, finding that the County Defendants were not entitled to official immunity. The County Defendants filed this direct appeal, arguing that official and sovereign immunity bars the plaintiffs' claims.

On March 25, 2016, after the opening briefs were filed in this case, the Supreme Court of Georgia issued an opinion holding that the collateral order doctrine, which provided a right of direct appeal from certain interlocutory rulings, no longer applies to cases of sovereign, official, qualified, or other immunity. *Rivera v. Washington*, 298 Ga. 770, 778 n. 7 (784 SE2d 775) (2016). "Such a judicial determination presumptively applies retroactively to all cases in the 'pipeline' . . . ." *Murphy v. Murphy*, 295 Ga. 376, 379 (761 SE2d 53) (2014) (citation omitted). Thus, the County Defendants in this case are required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review of their immunity arguments. Because the County Defendants failed to follow the required

appellate procedure, their appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 06/30/2016
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen
 *, Clerk.*